UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PAMELA J. BAIRD,

       Plaintiff,

                                        Civil No. 06-1507-HU

       v.

                                        JUDGMENT

MICHAEL J. ASTRUE,
COMMISSIONER, Social Security
Administration,

       Defendant.

Based on the record,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is REVERSED and REMANDED for further proceedings consistent with the Opinion and Order filed April 22, 2008.

Dated this   23   day of April, 2008.

                                                /s/ ANCER L. HAGGERTY
                                                ANCER L. HAGGERTY
                                        UNITED STATES DISTRICT JUDGE